Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 18−07635
Chapter: 13
Judge: Deborah L. Thorne

In Re:
   Latanyaneka Jones
   18611 Cedar Ave
   Country Club Hills, IL 60478

Social Security / Individual Taxpayer ID No.:
   xxx−xx−6811

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on May 9, 2018

 

FOR THE COURT

Dated: May 10, 2018                        <u>Jeffrey P. Allsteadt , Clerk</u>
                                         United States Bankruptcy Court

```
                        United States Bankruptcy Court
                        Northern District of Illinois
In re:                                                      Case No. 18-07635-DLT
Latanyaneka Jones                                           Chapter 13
        Debtor              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgarcia1                Page 1 of 2                  Date Rcvd: May 10, 2018
                              Form ID: ntcdsm               Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db             +Latanyaneka Jones,    18611 Cedar Ave,   Country Club Hills, IL 60478-5624
26552538       +AllianceOne Receivables Mgmt.,    6565 Kimball Dr,    Suite 200,   Gig Harbor, WA 98335-1206
26552540       +Ars /Account Resolution Services,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
26552541       +Bay Area Credit Servic,    4145 Shackleford Rd Ste,   Norcross, GA 30093-3541
26552542        Bay Area Credit Service,    Bankruptcy Dept.,    1901 W 10th Street,   Antioch, CA 94509-1380
26552549       +CMRE Financial Services,    3075 E. Imperial HWY 200,    Brea, CA 92821-6753
26552544       +City of Chicago,    Dept. of Revenue,   PO Box 88292,   Chicago, IL 60680-1292
26656013       +City of Chicago Department,    Of Administrative Hearing,
                 City of Chicago - DOAH C/O Arnold Scott,    111 W. Jackson Ste 600,    Chicago, IL 60604-3517
26552545        City of Chicago Parking,    121 N LaSalle Street,    Room 107A,   Chicago, IL 60602-1232
26552546        City of Chicago Red Light Camera,    PO Box 8073,    Chicago, IL 60680-8073
26552547        City of Gary Sanitary District,    PO Box 277,   Gary, IN 46402
26552548       +City of Markham,    16313 S. Kedzie Parkway,   Harvey, IL 60428-5598
26552551       +Custom Coll Service, Inc.,    55 E 86th Ave,   Suite D,    Merrillville, IN 46410-6265
26552553      ++EMERGENCY MEDICINE PHYSICIANS OF COOK COUNTY,    PO BOX 18897,    BELFAST ME 04915-4083
               (address filed with court: EMP of Cook County, LLC,     P.O. Box 636750,
                 Cincinnati, OH 45263-6750)
26552552       +Edward N Siskel,    City of Chicago Corp Counsel,    121 N LaSalle St., Ste 600,
                 Chicago, IL 60602-1244
26552563       +Illinois Tollway,   Attn:Attorney General Legal Dept.,     2700 Ogden Ave.,
                 Downers Grove, IL 60515-1703
26552564       +Illinois Tollway,    PO Box 5544,   Chicago, IL 60680-5544
26552566       +Miramed,    255 W. Michigan Ave.,   Jackson, MI 49201-2218
26552569       +Nipsco Angola,   162 W Lincolnway,    Valparaiso, IN 46383-5524
26552571       +Resurgence Capital Services,    Resurgence Legal Group,    1161 Lake Cook #E,
                 Deerfield, IL 60015-5277
26594413       +Resurgence Capital, LLC.,    3000 Lakeside Drive, Suite 310-S,    Bannockburn, IL 60015-1249
26552574       +Secretary of State (J52052371971),    Safety & Financial Responsibility,
                 2701 South Dirksen Parkway,    Springfield, IL 62723-1000
26552575        Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26552536       +EDI: ALLIANCEONE.COM May 11 2018 04:33:00      Alliance One Receivables Management,
                 4850 Street Rd., Ste. 300,    Trevose, PA 19053-6643
26552537       +EDI: ALLIANCEONE.COM May 11 2018 04:33:00      Allianceone,   4850 E Street Rd,
                 Trevose, PA 19053-6643
26552539       +EDI: PHINHARRIS May 11 2018 04:34:00      Arnold Scott Harris, P.C.,
                 111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
26552543       +E-mail/Text: bankruptcy@cavps.com May 11 2018 00:41:23      Cavalry,   PO Box 520,
                 Valhalla, NY 10595-0520
26566292       +E-mail/Text: bankruptcy@cavps.com May 11 2018 00:41:23      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
26636197       +EDI: CHRM.COM May 11 2018 04:34:00      Chrysler Capital,   P.O. BOX 961275,
                 FORT WORTH, TX 76161-0275
26586083       +EDI: PHINHARRIS May 11 2018 04:34:00      City Of Chicago Department of Finance,
                 C/O Arnold Scott Harris P.C.,    111 W Jackson Blvd Suite 600,    Chicago, IL 60604-3517
26552550       +EDI: RCSFNBMARIN.COM May 11 2018 04:34:00      Credit One,   Bankrupcty Department,
                 PO Box 98873,   Las Vegas, NV 89193-8873
26552554       +EDI: AISACG.COM May 11 2018 04:34:00      Exeter Finance Corp.,    PO Box 201347,
                 Arlington, TX 76006-1347
26552556        EDI: BLUESTEM May 11 2018 04:35:00      FINGERHUT/WEBBANK,    6250 Ridgewood Rd.,
                 Saint Cloud, MN 56303-0820
26552555        EDI: BLUESTEM May 11 2018 04:35:00      Fingerhut,   PO Box 1250,    Saint Cloud, MN 56395-1250
26552558       +EDI: AMINFOFP.COM May 11 2018 04:34:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
26552559       +EDI: AMINFOFP.COM May 11 2018 04:34:00      First Premier Bank,    3820 N. Louise Ave.,
                 Sioux Falls, SD 57107-0145
26552557       +EDI: AMINFOFP.COM May 11 2018 04:34:00      First Premier Bank,    Bankruptcy Department,
                 PO Box 5523,   Sioux Falls, SD 57117-5523
26552560       +EDI: IIC9.COM May 11 2018 04:35:00      IC Systems,   444 Highway 96 East,
                 Saint Paul, MN 55127-2557
26552561        EDI: IIC9.COM May 11 2018 04:35:00      IC Systems, Inc.,   PO Box 64378,
                 Saint Paul, MN 55164-0378
26552562        E-mail/Text: csc.bankruptcy@amwater.com May 11 2018 00:42:00       Illinois American Water,
                 PO Box 578,   Alton, IL 62002-0578
26552565        EDI: JEFFERSONCAP.COM May 11 2018 04:33:00      Jefferscp (Jefferson Capital Syste,
                 16 McLeland Rd.,   Saint Cloud, MN 56303
26552568       +E-mail/Text: egssupportservices@alorica.com May 11 2018 00:41:18       NCO Financial Systems, Inc.,
                 600 Holiday Plaza Drive,    Suite 300,   Matteson, IL 60443-2238
26552567       +EDI: NAVIENTFKASMSERV.COM May 11 2018 04:33:00      Navient Solutions Inc,    11100 Usa Pkwy,
                 Fishers, IN 46037-9203
26552570        E-mail/Text: peritus@ebn.phinsolutions.com May 11 2018 00:42:02       Peritus Portfolio Services,
                 II, LLC,   PO Box 141419,   Irving, TX 75014-1419
```

```
District/off: 0752-1           User: mgarcia1             Page 2 of 2                  Date Rcvd: May 10, 2018
                               Form ID: ntcdsm            Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
26561120        EDI: Q3G.COM May 11 2018 04:35:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
26552572       +E-mail/Text: bk@rgsfinancial.com May 11 2018 00:40:27      Rgs Financial,
                 1700 Jay Ell Dr Ste 200,   Richardson, TX 75081-6788
26552573       +EDI: DRIV.COM May 11 2018 04:33:00      Santander,    PO Box 105255,   Atlanta, GA 30348-5255
26552576       +E-mail/Text: External.Collections@phoenix.edu May 11 2018 00:41:51      University Of Phoenix,
                 4615 E Elwood St Fl 3,   Phoenix, AZ 85040-1908
26552577       +E-mail/Text: External.Collections@phoenix.edu May 11 2018 00:41:51      University of Phoenix,
                 4615 E. Elwood Street, 3rd Flr.,   Phoenix, AZ 85040-1908
                                                                                                TOTAL: 26

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:

```
              Cari A Kauffman    on behalf of Creditor   Santander Consumer USA Inc., d/b/a Chrysler Capital
               ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com
              David M Siegel    on behalf of Debtor 1 Latanyaneka Jones davidsiegelbk@gmail.com,
               author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 4
```